| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:16-CV-111 |
| $1,282,586.84 IN UNITED STATES CURRENCY, | § § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 93-11. The Court has received and considered the report (Doc. No. 9) of Judge Hawthorn, who recommends that the Court grant the Government's "Motion for Default Judgment" (Doc. No. 7) and enter a final judgment, granting forfeiture as to all claimants and potential claimants. No objections to the report and recommendation have been filed, and the time for so doing has passed. The Court's independent review confirms that Judge Hawthorn's analysis is correct.

The magistrate judge's report and recommendation (Doc. No. 9) is **ADOPTED**, and the Government's "Motion for Default Judgment" (Doc. No. 7) is **GRANTED**. A final judgment will be entered separately.

SIGNED at Plano, Texas, this 9th day of January, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE